The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SALLY DINIUS, a married person, | NO. 2:20-cv-01143 |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| WALMART STORES, INC., a Delaware corporation doing business in Washington, | |
| Defendant. | |

Plaintiff SALLY DINIUS and Defendant WALMART INC. (incorrectly identified in the operative Complaint as Walmart Stores, Inc.) by and through their respective attorneys of record, hereby stipulate and agree that all claims against Defendant WALMART INC. may be dismissed in their entirety, with prejudice, and without costs and/or attorney fees to any party.

\\\
\\\
\\\

STIPULATION AND ORDER OF DISMISSAL - 1

2:20-cv-01143

7426405.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | | |
|---|---|---|
| 1 | DATED this 21st day of July, 2021. | |
| 2 | | |
| 3 | PNW STRATEGIC LEGAL SOLUTIONS, PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
| 4 | By: /s/ Marlena Grundy | By  *s/Eddy Silverman* |
| 5 | Marlena Grundy, WSBA 47026 | Rodney L. Umberger, WSBA No. 24948<br>Eddy Silverman, WSBA No. 53494 |
| 6 | 1408 140th Pl. N, Suite 170<br>Bellevue, WA 98007 | Two Union Square<br>601 Union Street, Suite 4100 |
| 7 | Tel: (206) 604-91999<br>Email: marlena@pnwsls.com | Seattle, WA 98101-2380<br>Phone: 206.628.6600 |
| 8 | | Fax:     206.628.6611<br>Email:  rumberger@williamskastner.com |
| 9 | ***Counsel for Plaintiff*** | esilverman@williamskastner.com |
| 10 | | ***Counsel for Defendant Walmart Inc.*** |

STIPULATION AND ORDER OF DISMISSAL - 2

2:20-cv-01143

7426405.1

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff SALLY DINIUS and Defendant WALMART INC. to dismiss all claims against WALMART INC. with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised now ORDERED as follows:

All claims against Defendant WALMART INC. are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

IT IS SO ORDERED BY THE COURT.

DATED this __27th__ day of July, 2021.

                       _s/Barbara J. Rothstein_
                       THE HONORABLE BARBARA J. ROTHSTEIN

PRESENTED BY:

WILLIAMS KASTNER & GIBBS PLLC

By _s/Edward M. Silverman_
   Rodney L. Umberger, WSBA No. 24948
   Edward M. Silverman, WSBA No. 53494
   601 Union Street, Suite 4100
   Seattle, WA 98101-2380
**Counsel for Defendant Walmart Inc.**

APPROVED AS TO FORM AND CONTENT BY:

PNW STRATEGIC LEGAL SOLUTIONS, PLLC

By: _s/_
   Marlena Grundy, WSBA 47026
   1408 140th Pl. N, Suite 170
   Bellevue, WA 98007

**Counsel for Plaintiff**

STIPULATION AND ORDER OF DISMISSAL - 3
2:20-cv-01143

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7426405.1